Efraín MARTÍNEZ–CLASS; Milagros López–López; Conjugal Partnership Martínez–López, Plaintiffs, Appellants,

v.

RANGER AMERICAN ARMORED SERVICES, INC., A–Z Ins. Co., Defendants, Appellees.

No. 03–1433.

United States Court of Appeals, First Circuit.

March 18, 2004.

Benito Gutiérrez–Díaz, for appellants.

Howard Pravda, with whom Goldman Antonetti & Córdova, PSC, was on brief, for appellees.

Before TORRUELLA, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

After having reviewed the briefs and the record, we summarily affirm substantially for the reasons stated in the district court's January 31, 2003 opinion. *Class v. Ranger American Armored Serv., Inc.,* 245 F.Supp.2d 370 (D.P.R.2003).

*Affirmed. See* Loc. R. 27(c).